UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JAHROD KEARNEY
SBI No.: 115173D , D.O.B.: 03/03/1989

## PETITION FOR WRIT OF HABEAS CORPUS

1. **Jahrod Kearney, SBI No.: 115173D,** is now confined at the Mountainview Youth Correctional Facility, 31 Petticoat Lane, Annandale, NJ 08801.

2. This individual is a defendant in a federal case and will be required at Newark, New Jersey before the Hon. Stanley R. Chesler, on **Monday, October 18, 2010 at 10:00 a.m.** for a Rule 11 Plea Hearing. A Writ of Habeas Corpus should be issued for that purpose.

DATED: October 12, 2010

S:/RODNEY VILLAZOR
Rodney C. Villazor
Assistant U.S. Attorney
Petitioner - 973-645-2823

## ORDER

Let the Writ Issue.

DATED: 10/12/2010

Hon. Stanley R. Chesler

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Mountainview Youth Correctional Facility:
WE COMMAND YOU that you have the body of:

**Jahrod Kearney, SBI No.: 115173D ,**  89

now confined at the Mountainview Youth Correctional Facility, on <u>Monday, October 18, 2010 at 10:00a.m.</u> be brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the Frank R. Lautenberg U.S. Post Office and Courthouse, Federal Square, Newark, New Jersey 07102 on Monday, October 18, 2010 at 10:30 a.m., so that he may appear for a Rule 11 Plea Hearing in the above-captioned matter.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: 10/12/2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey
Per: _____
Deputy Clerk